FILED

2022 Mar-08 AM 09:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JORI C. JONES,<br><br>        Plaintiff,<br><br>v.<br><br>THE TOWN OF BROOKSIDE,<br>ALABAMA; and MICHAEL<br>JONES, individually and in his<br>capacity as Chief of Police of the<br>Town of Brookside, and A and B<br>being those persons committing<br>the acts complained of herein, but<br>who will be added by amendment<br>when their identities are ascertained,<br><br>        Defendants. | ]<br>]<br>]<br>]<br>]<br>]  Case No.: _____<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>] |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1343, 1367, 1441, and 1446, Defendant, **Town of Brookside,** (hereinafter "Defendant"), hereby gives notice of the removal of this case from the Circuit Court of Jefferson County, Alabama, to the United States District Court for the Northern District of Alabama, Southern Division. As grounds for this removal, the Defendant shows unto this Court as follows:

1. This is a civil rights case wherein the Plaintiff makes claims for purported violations of constitutional rights pursuant to 42 U.S.C. § 1983. **(Exhibit 1 – Complaint).**

2.   28 U.S.C. § 1343 is the jurisdictional component for a 42 U.S.C § 1983 cause of action.

3.   As the Plaintiff is bringing her action pursuant to 42 U.S.C § 1983, jurisdiction, if any, is proper under 28 U.S.C. § 1343.

4.   Pursuant to 28 U.S.C. §§ 1441 and 1443, any civil action brought in a state court, of which a district court of the United States has original jurisdiction, may be removed by the Defendant to the district court of the United States in the district and division embracing the place where such action is pending. Accordingly, because this Court has original jurisdiction over the Plaintiff's claims, and because this Court embraces the place where the Plaintiff's state court action is pending, this case is properly removable to this Court.

5.   To the extent that the Plaintiff's complaint might also purport to allege non-federal claims against the Defendant, then the same are also properly removable to this Court. Pursuant to 28 U.S.C. § 1367, a district court "shall have supplemental jurisdiction over all other claims that are so related to the claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution."

6.   Pursuant to 28 U.S.C. § 1446, the removal of this case to this Court is timely. (*See* **Exhibit 2** – Service Return).

7.  Defendant does not concede, by filing this notice of removal, that it was properly served with the Summons and Complaint.

8.  Simultaneously with the filing of this Notice of Removal, the Defendant is giving written notice hereof to the Plaintiff and her counsel, by filing a notice with the clerk of the Jefferson County Circuit Court.

9.  In compliance with 28 U.S.C. § 1446, attached hereto are copies of process, pleadings, motions and orders, if any, which have been served upon the Defendant and/or filed with the Circuit Court in this action.

For the foregoing reasons the Defendant gives notice of the removal of this action from the Circuit Court of Jefferson County, Alabama, to the United States District Court for the Northern District of Alabama, Southern Division, and the Defendant requests this Court to issue all necessary orders to take and maintain jurisdiction over this action.

/s/ James W. Porter, II
James W. Porter, II
R. Warren Kinney
*Attorneys for Town of Brookside*

OF COUNSEL:

**PORTER, PORTER & HASSINGER, P.C.**
880 Montclair Road, Suite 175
Birmingham, Alabama 35213
(205) 322-1744 (Phone)
(205) 322-1750 (Fax)
jwporterii@pphlaw.net
wkinney@pphlaw.net

## CERTIFICATE OF SERVICE

I certify that on March 7, 2022, a copy of the above and foregoing has been **electronically filed** with the Court using the newcasedocs@alnd.uscourts.gov email address. For any party not served through the email, a copy will be placed in the U.S. Mail, postage prepaid.

William M. Dawson, Esq.
Dawson Law, LLC
1736 Oxmoor Road, #101
Birmingham, AL  35209
bill@billdawsonlaw.com

Richard A. Rice, Esq.
The Rice Firm, LLC
N. 115 Richard Arrington Blvd.
Birmingham, AL  35203
rrice@rice-lawfirm.com
*Attorneys for Plaintiff*

/s/ James W. Porter, II
OF COUNSEL